UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

DONALD J. YEAGER,

        Plaintiff,

v.

FIRSTENERGY GENERATION CORP.,

        Defendant.

------------------------------------------------------

CASE NO. 5:14-CV-567

JUDGMENT

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court has issued its opinion on Defendant FirstEnergy Generation Corp.'s motion to dismiss in the above-captioned matter. For the reasons stated in that opinion, the Court **GRANTS** Defendant's motion to dismiss. Accordingly, this action is terminated under Federal Rule of Civil Procedure 58.

    IT IS SO ORDERED.


Dated: June 27, 2014                  s/ *James S. Gwin*
                                                   JAMES S. GWIN
                                                   UNITED STATES DISTRICT JUDGE